

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2014

No. 04-13-00831-CR

Douglas Oneil **BARNES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR13-001
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

Appellant's second motion for extension of time to file his brief is GRANTED. Appellant's brief is due on March 17, 2014. No further extensions.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court